## H. G. CLINE AND OTHERS v. THE STATE.

A bail bond taken in November, 1867, by the person who had then been appointed recorder of the city of Houston, by Major General Reynolds, commanding, etc., was taken by lawful authority—such appointee being Recorder of the city, *de jure* as well as *de facto*.

APPEAL from the Criminal Court of Harris county. Tried below before the Hon. W. R. Fayle.

This appeal was from a judgment final on a forfeited bail bond entered into by the appellants on the twenty-eighth of November, 1867, before J. G. Tracy, recorder of the city of Houston. On appearing to the *scire facias*, the appellants alleged that Mr. Tracy was not recorder, and had no authority to take the bond— the implication being that his appointment to the office by the military authority of the United States was not valid.

The judge of the court below held against the appellants, assigning his reasons in the record.

No brief for the appellants has reached the hands of the Reporter.

*Attorney General*, for the State.

WALKER, J.—Upon due examination of the record we are clearly of the opinion that J. G. Tracy, the officer before whom the preliminary proceedings in this case were had, was, both *de jure* and *de facto*, the recorder of the city of Houston at the time he took cognizance of the case.

The bail bond is in every respect a good and sufficient bond. (See Paschal's Digest, article 2732.)

The death of George W. Frazer and the insolvency of his estate being suggested, the case is dismissed as to his estate, and the judgment affirmed as to W. G. Cline and E. H. Wilson and their securities.

Ordered accordingly.